**RECEIVED**

JUN - 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Kimyuna K Jackson

v.

Defendant(s)
State of Illinois Department of Labor
Cheif Administrative Law Judge Claudia D Manley

08CV3265
JUDGE GRADY
MAG. JUDGE DENLOW

~~AMENDED~~ COMPLAINT

During an uempolyment hearing Plaintiff continued to tell the Judge that she had not been paid, as Chicago Public School don't give pay advances for unverticable work. Instead, he wouldn't let me speak, and allowed Adeena Weiss-Ortiz assistant counsel to speak. She was sworn in a told the IDOL Judge I was paid. She lied the Judge wouldn't let me present my evidance the case was dismissed due to Fair Labor Standards. Division, no 07-003435. Appeal was denied April 1 2008. I now have an Affidavit from Adeena Weiss-Ortiz stating that the money is owed to the Plaintiff. Plaintiff request 2 million dollars

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KIMYUNA JACKSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 L 000231 |
| ) | |
| CHICAGO PUBLIC SCHOOLS ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT

I, Adeena Weiss-Ortiz, an attorney licensed to practice in Illinois, state:

1. I am an assistant General Counsel for the Board of Education of the City of Chicago ("Board").

2. In that capacity, I was assigned to represent the Board in the matter of Kimyuna Jackson's Wage Payment Demand that Jackson filed with the State of Illinois, Department of Labor, Fair Labor Standards Division, No. 07-003435.

3. That that matter was dismissed (see attached order of the Hearing Officer).

4. That, despite the dismissal. I was authorized to offer Jackson $184.00 to settle this claim.

5. That Jackson's "contact information" was not accurate and I was unable to locate Jackson to convey this offer.

## CERTIFICATION

Under penalties as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Adeena Weiss-Ortiz

Patrick J. Rocks, General Counsel
John R. Duffy, Assistant General Counsel
Chicago Board of Education
125 South Clark Street, Suite 700
Chicago, Illinois 60603
(773) 553-1700
Cook County Attorney ID#: 91206



## ILLINOIS DEPARTMENT OF LABOR

Rod R. Blagojevich  
Governor

Catherine M. Shannon  
Director

April 1, 2008

Ms. Kimyuna Jackson  
7710 S. Avalon Ave.  
Chicag, IL  60619

**REQUEST FOR REVIEW DENIED**  
Illinois Wage Payment and Collection Act  
820 ILCS 115/1-16

*Jackson v. Chicago Board of Education,*  
IDOL WC No.: 07-003435

Dear Ms. Jackson:

The Department has reviewed your protest of the dismissal of your wage claim application. We must deny your request that the dismissal be set aside. Your application was properly dismissed.

This determination is based solely on the provisions of the above-referenced Act and does not bar any other civil or criminal remedy that may be available to you.

Very truly yours,

Claudia D. Manley  
Chief Administrative Law Judge

**RECEIVED**

MAY 2 2 2008

\_\_BBINS  
CLERK U.S. DISTRICT COURT

MICHAEL A. BILANDIC BUILDING  
160 NORTH LASALLE STREET, SUITE C-1300  
CHICAGO, ILLINOIS 60601-3150  
(312) 793-2800  
Fax: (312) 793-5257

ONE WEST OLD STATE CAPITOL PLAZA  
3RD FLOOR  
SPRINGFIELD, ILLINOIS 62701  
(217) 782-6206  
Fax: (217) 782-0596

REGIONAL OFFICE BUILDING  
2309 WEST MAIN STREET, SUITE 108  
MARION, ILLINOIS 62959  
(618) 993-7090  
Fax: (618) 993-7258



STATE OF ILLINOIS – DEPARTMENT OF LABOR
HEARINGS DIVISION
160 N. LA SALLE STREET, STE. C-1300
CHICAGO, ILLINOIS 60601

Kimjuna Jackson
7710 Unit 1 Avalon
Chicago, IL 60619
                               )
                               )
                               )
                               )
                               )
Claimant,                      )
                               )
                               )
v.                             )       IDOL FILE NO.: 07-003435
Chicago Public Schools         )       AMOUNT DUE: $184.00
Attn: Patrick Rocks, Gen. Counsel )
125 S. Clark St.               )
Chicago, IL 60603              )
                               )
Respondent.                    )

## DEFAULT WAGE PAYMENT DEMAND

THIS MATTER coming on Alternate Claims Resolution by an Administrative Law Judge, the Administrative Law Judge having reviewed the above-stated IDOL file number, it appearing from said review that the Respondent has failed to file an answer to the claim, and, the Administrative Law Judge being fully advised in the premises:

IT IS HEREBY DEMANDED as follows:

1. An order of default is hereby entered on Claimant's claim.

2. Claimant is awarded $184.00.

_____          9/7/07
Administrative Law Judge          Date

## NOTICE

The Respondent is entitled to vacate this Default Wage Payment Demand by filing a Request to Vacate and a Response to the Claimant's claim within 15 days from the date of this Demand. Failure to answer may result in referral of this matter to the office of the Attorney General or the local State's Attorney for prosecution under the provisions of the Act.