## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Kimyuna K. Jackson
(Please print)

STREET ADDRESS: 8744 S. Bennett

CITY/STATE/ZIP: Chgo, Illinois 60104

PHONE NUMBER: (708) 668-3035

CASE NUMBER: 08CV3265
JUDGE GRADY
MAG. JUDGE DENLOW

Signature: Kimyuna Jackson     Date: 6/6/06

FILED

JUN - 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT