# United States District Court

## Northern District of Illinois

Eastern Division

Jackson                                      **JUDGMENT IN A CIVIL CASE**

           v.                                  Case Number: 08 C 3265

Illinois Department of Labor

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff has failed to state a claim on which relief may be granted. Therefore, pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), this case is dismissed with prejudice. The application for leave to proceed in forma pauperis and motion for appointment of counsel are denied as moot.

Michael W. Dobbins, Clerk of Court

Date: 6/12/2008                           _____

                                                  /s/ Jackie Deanes, Deputy Clerk